HELEN MONCHAK et al., Respondents, v. GEORGE CODISH, Defendant, and PUBLIC SERVICE CORPORATION OF NEW JERSEY, Appellant.— Order unanimously

reversed, with $20 costs and disbursements to the appellant, and the motion granted upon the ground that the person and corporation served were not the agents of the appellant and the service was invalid. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.